UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY T. CONWAY, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 15-3339-CSB-EIL |
| SALVADOR GODINEZ, et. al., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The Plaintiff, Gregory Conway, *pro se*, and the Defendants, Ricky Anderson, Alex Banta, Matt Beswick, Bradley Bowen, Isaac Dorsey, Korey Duncan, Robert Fishel, Rick Forman, Anthony Haley, Todd Ham, John Hamilton, James Holder, Cory Huston, Byron Law, Tom Moore, Robert Powers, Troy Roberts, Richard Ruble, Todd Sheffler, Timothy Tutor, and Jimmie Watson, by their attorney, Kwame Raoul, Attorney General of Illinois, stipulate to the dismissal of this case pursuant to Federal Rule 41(a)(1)(A)(ii).

The Plaintiff and the Defendants agree as follows:

1. The above-captioned lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs, and expenses.

This dismissal is self-executing pursuant to the terms of Rule 41(a)(1)(A)(ii).

Dated: 9/13/2020

Respectfully submitted,

By: *Gregory Conway*
Gregory Conway, Plaintiff, *pro se*
Danville Correctional Center
3820 East Main Street
Danville, IL  61834

By: s/Lisa Cook    9/23/2020
Lisa A. Cook, 6298233, For Defendants
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-0261
lcook@atg.state.il.us

1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| GREGORY T. CONWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No.  15-3339-CSB-EIL |
| | ) |
| SALVADOR GODINEZ, et. al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, I electronically filed the foregoing, Stipulation To Dismiss, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the described document to the following non-registered participant:

Gregory Conway, Plaintiff, *pro se*
Danville Correctional Center
3820 East Main Street
Danville, IL  61834

By:     s/ Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
Phone: (217) 785-4555
Fax: (217) 782-8767
E-Mail:  lcook@atg.state.il.us